**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAYMIN SHABAZZ MUHAMMAD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>COPENHAVER, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 1:16-cv-00521-AWI-SAB-PC<br><br>ORDER RE-CAPTIONING CASE |

　　Plaintiff Muihaymin Shabazz Muhammad is a federal prisoner proceeding pro se and in forma pauperis in this action pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). Defendants have informed the Court that Warden Copenhaver was erroneously sued as "Warden Copenhagen."

　　Accordingly, the Court HEREBY ORDERS that the caption and docket shall be amended as reflected and listed above.

IT IS SO ORDERED.

Dated:　**November 18, 2016**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE